478 A.2d 57

Commonwealth v. Kelliher, Appellant.
Petition for Allowance of Appeal
Denied Nov. 15, 1984.

Submitted

March 19, 1984.   Paul W. Kilgore, for appellant;   David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Affirmed.